No. 25-2808

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**COMMUNITY LEGAL SERVICES IN EAST PALO ALTO**, et al.
Plaintiffs-Appellees,

v.

**UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES**, et al.
Defendants-Appellants.

On Appeal from the United States District Court
for the Northern District of California
District Court Case No. 3:25-cv-02847

**EMERGENCY MOTION PURSUANT TO CIRCUIT RULE 27-3
FOR STAY PENDING APPEAL
RELIEF REQUESTED BY MAY 12, 2025**

YAAKOV M. ROTH
Acting Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General

WILLIAM C. SILVIS
Assistant Director

JONATHAN K. ROSS
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-7662
Jonathan.K.Ross@usdoj.gov

CHRISTINA PARASCANDOLA
KATELYN MASETTA ALVAREZ
MICHAEL A. CELONE
Senior Litigation Counsel

ZACHARY A. CARDIN
Trial Attorney

Attorneys for Defendants-Appellants

# CIRCUIT RULE 27-3 CERTIFICATE

Undersigned counsel certifies that the following is the information required by Circuit Rule 27-3:

**(1) Telephone numbers and addresses of attorneys for the parties**

Counsel for Defendants-Appellants:

>Yaakov M. Roth (yaakov.m.roth@usdoj.gov)
>Drew C. Ensign (drew.c.ensign@usdoj.gov)
>William C. Silvis (william.silvis@usdoj.gov)
>Michael A. Celone (michael.a.celone@usdoj.gov)
>Christina Parascandola (christina.parascandola@usdoj.gov)
>Katelyn Masetta Alvarez (katelyn.masetta.alvarez@usdoj.gov)
>Jonathan K. Ross (jonathan.k.ross@usdoj.gov)
>Zachary A. Cardin (zachary.a.cardin@usdoj.gov)
>United States Department of Justice, Civil Division
>Office of Immigration Litigation
>P.O. Box 878, Ben Franklin Station
>Washington, DC 20044
>(202) 305-7662

Counsel for Plaintiffs-Appellees:

>Adina Bassin Appelbaum (adina@amicacenter.org)
>Frederick Evan Benz (evan@amicacenter.org)
>Samantha Hsieh (sam@amicacenter.org)
>Peter Cameron Alfredson (peter@amicacenter.org)
>Amica Center for Immigrant Rights
>1025 Connecticut Avenue NW, Suite 701
>Washington, DC 20036
>(202) 899-1412

i

    Lya Ferreyra (lferreyra@immdef.org)
    Alvaro M Huerta (ahuerta@immdef.org)
    Carson Scott (cscott@immdef.org)
    Immigrant Defenders Law Center
    634 South Spring Street, 10th Fl.
    Los Angeles, CA 90014
    (213) 674-9451

    Laura Flores-Perilla (laura.flores-perilla@justiceactioncenter.org)
    Karen Cassandra Tumlin (karen.tumlin@justiceactioncenter.org)
    Justice Action Center
    P.O. Box 27280
    Los Angeles, CA 90027
    (323) 450-7267

    Esther Hsiao-In Sung (esther.sung@justiceactioncenter.org)
    National Immigration Law Center
    3450 Wilshire Blvd., 108-62
    Los Angeles, CA 90010
    (213) 639-3900

Counsel for Amici Former Officials of the United States Department of Health and Human Services

    Benjamin Joseph Bien-Kahn (bbien-kahn@rbgg.com)
    Rosen Bien Galvan and Grunfeld LLP
    101 Mission Street, Sixth Floor
    San Francisco, CA 94105
    (415) 433-6830

Counsel for Amici Former Immigration Judges & Former Members of the Board of Immigration Appeals

    Ashley Brooke Vinson Crawford (avcrawford@akingump.com)
    Akin Gump Strauss Hauer & Feld
    100 Pine Street, Suite 3200
    San Francisco, CA 94111
    (415) 765-9561

Counsel for Amici Young Center for Immigrant Children's Rights

>Shaffy Moeel (shaffy@mlf-llp.com)
>Jane Liu (jliu@theyoungcenter.org)
>Moeel Lah Fakhoury LLP
>2006 Kala Bagai Way, Suite 16
>Berkeley, CA 94704
>(510) 500-9994

Counsel for Amici National Center for Youth Law

>Mishan Raini Wroe (mwroe@youthlaw.org)
>Riley Safer Holmes & Cancila LLP
>456 Montgomery Street, 16th Floor
>San Francisco, CA 94104
>(415) 275-8550

**(2) Facts showing the existence and nature of emergency**

As set forth more fully in the motion, the district court entered a preliminary injunction ("PI") that requires the government to expend public money that it will be unable to recover when the government prevails, in part because the district court failed to require Plaintiffs to provide a bond under Fed. R. Civ. P. 65(c). Plaintiffs filed two motions to enforce the previously issued temporary restraining order ("TRO"); although the TRO has since expired, Plaintiffs' motions remain pending to the extent they relate to Defendants' compliance during the TRO period.

**(3) When and how counsel notified**

Defendants' counsel notified counsel for Plaintiffs by email on May 1, 2025, of Defendants' intention to file this motion. On May 1, 2025, counsel for Plaintiffs

iii

responded that they opposed Defendants' motion. Service will be effected by electronic service through the CM/ECF system.

**(4) Submissions to the district court**

Plaintiffs filed their complaint on March 26, 2025. ECF 1.[1] Plaintiffs moved for a temporary restraining order on March 27, 2025. ECF 7. Defendants opposed the temporary restraining order on March 31, 2025. ECF 24. On April 1, 2025, the district court entered a temporary restraining order enjoining Defendants from withdrawing the certain services or funds, "particularly provision of funds for direct legal representation services to [UAC]," pending further proceedings until April 16, 2025. ECF 33.

On April 4, 2025, Defendants moved to dissolve the temporary restraining order and, in the alternative, for the district court to stay the temporary restraining order. ECF 38. On April 9, 2025, Defendants moved to recuse the district judge. ECF 47. On April 10, 2025, the district court extended its temporary restraining order to April 30, 2025. ECF 48.

On April 11, 2025, Defendants opposed Plaintiffs' motion for a PI. ECF 55. On the same day, Defendants filed a notice of appeal to the Ninth Circuit regarding the TRO. ECF 56. Defendants also moved to stay the TRO pending appeal. ECF 57.

---

[1] Docket citations are to No. 25-cv-02847 (N.D. Cal.).

iv

On April 14, 2025, Plaintiffs opposed Defendants' motion to stay the TRO. ECF 60. Defendants filed a reply in support of their motion to dissolve the TRO on April 14, 2025. ECF 64. On April 17, 2025, the district court denied Defendants' motion for recusal. ECF 69.

On April 21, 2025, Defendants opposed Plaintiffs' two pending motions to enforce the TRO. ECF 74. Later that same day, the district court denied Defendants' motion to dissolve the TRO and motion to stay the TRO pending appeal as moot. ECF 75.

On April 23, 2025, the district court granted several motions for leave to file amicus curiae briefs in support of Plaintiffs' motion for a PI. ECF 76. Amicus briefs were subsequently filed by Young Center for Immigrant Children's Rights (ECF 77), Former Officials of the United States Department of Health and Human Services (ECF 78), and National Center for Youth Law, Center for Human Rights & Constitutional Law, Children's Rights, and UC Davis School of Law Immigration Clinic (ECF 79).

Also on April 23, 2025, the district court held a hearing on Plaintiffs' motion for a PI. ECF 80. On April 29, 2025, the district court entered a PI, enjoining Defendants from withdrawing the services or funds provided by the government to fund direct legal representation services to unaccompanied children. ECF 87. On April 30, 2025, Defendants filed a notice of appeal to the Ninth Circuit regarding the

PI. ECF 88. On May 5, 2025, Defendants filed a motion in the district court to stay the PI pending appeal.

**(5) Decision requested by**

A decision on the motion for a stay pending appeal is requested as soon as possible, but no later than May 12, 2025.

Counsel for Defendants-Appellants:

YAAKOV M. ROTH
Acting Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General

WILLIAM C. SILVIS
Assistant Director

CHRISTINA PARASCANDOLA
KATELYN MASETTA ALVAREZ
MICHAEL A. CELONE
Senior Litigation Counsel

ZACHARY A. CARDIN
Trial Attorney

/s/ *Jonathan K. Ross*
JONATHAN K. ROSS
Senior Litigation Counsel
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC  20044
Tel: (202) 305-7662
Jonathan.K.Ross@usdoj.gov