| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | MAY 6 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

COMMUNITY LEGAL SERVICES IN EAST PALO ALTO; et al.,

        Plaintiffs - Appellees,

 v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; et al.,

        Defendants - Appellants.

No. 25-2808

D.C. No. 3:25-cv-02847-AMO
Northern District of California, San Francisco

ORDER

The court has received the emergency motion to stay. The response to the motion is due by 9:00 a.m. Pacific Time on May 9, 2025. The reply in support of the motion is due by 9:00 a.m. Pacific Time on May 12, 2025. The court will rule as expeditiously as possible thereafter.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT