| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 29 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

COMMUNITY LEGAL SERVICES IN EAST PALO ALTO; et al.,

    Plaintiffs - Appellees,

 v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; et al.,

    Defendants - Appellants.

No. 25-2808

D.C. No. 3:25-cv-02847-AMO
Northern District of California, San Francisco

ORDER

Before: FLETCHER, CALLAHAN, KOH, Circuit Judges.

    Plaintiffs-Appellees are directed to file a response to Defendants-Appellants' petition for rehearing en banc, Docket No. 23, filed May 28, 2025. The response shall not exceed 4200 words and shall be filed within 21 days of the date of this order.