**No. 25-2808**

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

---

COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, *et al.*,

Plaintiffs-Appellees,

*v.*

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, *et al.*,

Defendants-Appellants.

---

**DEFENDANTS-APPELLANTS' MOTION FOR
MISCELLANEOUS RELIEF**

---

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney
General

WILLIAM C. SILVIS
Assistant Director

MICHAEL A. CELONE
Senior Litigation Counsel

ZACHARY A. CARDIN
Trial Attorney

MICHAEL A. CELONE
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
General Litigation and Appeals
Section
P.O. Box 878, Ben Franklin
Station
Washington, DC 20044
Telephone: (202) 305-2040
Michael.A.Celone@usdoj.gov

*Counsel for Defendants-Appellants*

1

## APPELLANTS' MOTION FOR MISCELLANEOUS RELIEF TO CALENDAR ORAL ARGUMENT

Pursuant to Federal Rule of Appellate Procedure 27 and Ninth Circuit Rule 27-1, Defendants-Appellants United States Department of Health and Human Services, et al., respectfully move this Court to calendar oral argument on the merits of this appeal at the earliest available opportunity. Two mutually reinforcing reasons support this motion.

### 1. Prompt resolution of this matter is of exceptional importance.

Prompt calendaring of this matter for oral argument is warranted because this appeal involves significant questions regarding the Executive Branch's programmatic and funding discretion, as well as the jurisdictional limits of the district court. The exceptional nature of this case is underscored by this Court's extensive review of the earlier stay phase in this matter. *See* Dkt. No. 94. Indeed, this Court's denial of rehearing en banc generated both a statement respecting the denial and a substantial dissent joined by nine active judges. *Id.* Given the profound legal and practical implications of the underlying injunction, oral argument

should be scheduled without further delay so the merits panel can issue a final ruling.

### 2. This matter has been fully briefed for nine months.

Briefing on the merits of the appeal of the preliminary injunction was completed on August 14, 2025. While this Court's general practice is to schedule oral argument approximately four months after the completion of briefing, *see* Frequently Asked Questions, U.S. Ct. App. 9th Cir. https://www.ca9.uscourts.gov/general/faq/ (last visited May 26, 2026) (noting that for a civil appeal, oral argument is typically scheduled "approximately 4 months" after the completion of briefing), this case has remained uncalendared for over nine months. What's more, since this Court's July calendars have already been set, the earliest this appeal is likely to be calendared is August 2026, which will mark a full year since the completion of merits briefing.

For these reasons, Appellants respectfully request that the Court place this appeal on the next available oral argument calendar.

Dated: June 2, 2026                Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director

ZACHARY A. CARDIN
Trial Attorney

*/s/ Michael A. Celone*
MICHAEL A. CELONE
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878,
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-2040
Michael.A.Celone@usdoj.gov

*Counsel for Defendants-Appellants*

4

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2026, counsel for Appellants electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system and that service will be accomplished via the CM/ECF system.

*/s/ Michael A. Celone*
MICHAEL A. CELONE

Dated: June 2, 2026                    *Attorney for Defendants-Appellants*